IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 25-190 |
| | ) |
| EDWARD ARTHUR OWENS, JR., | ) |
| Defendant. | ) |

## CHANGE OF PLEA

AND NOW, the Defendant, Edward Arthur Owens, Jr., in the above entitled case hereby withdraws his plea of NOT GUILTY entered July 22, 2025, and now pleads GUILTY to Counts 1 & 2 of the Indictment, in open court this 12th day of January, 2026.

_____
Defendant

_____
Attorney