# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 25-190 |
| | ) | |
| EDWARD ARTHUR OWENS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 27th day of March, 2026, upon consideration of the Government's Position With Respect to Sentencing Factors, (Docket No. 49), wherein the Government objects to the Presentence Investigation Report ("PIR") and argues that a 6-level enhancement under Guideline § 2A6.1(b)(1) should also be applied in this case, Defendant's Position With Respect to Sentencing Factors, (Docket No. 50), wherein he does not object to the PIR, the Addendum from the Probation Office indicating that it stands by the recommendation that the 6-level enhancement should not be applied in this case, (Docket No. 53), the Court having separately granted Defendant's motion seeking an extension of time to file his Sentencing Memorandum by April 6, 2026, (Docket No. 52), and it appearing to the Court that additional briefing is necessary before the Court can issue its Tentative Findings and Rulings resolving this dispute and hold the sentencing hearing in this case,

IT IS HEREBY ORDERED that Defendant shall address the Government's Objection in the Sentencing Memorandum to be filed on **April 6, 2026**;

IT IS FURTHER ORDERED that the parties shall file responses to the sentencing memoranda by **April 13, 2026**; and,

IT IS FURTHER ORDERED that in light of these extended deadlines, the deadline for the Court's Tentative Findings and Rulings is vacated and the telephone sentencing conference

set for April 2, 2026 and the sentencing hearing set for April 13, 2026 are continued until further

Order of Court.

*s/Nora Barry Fischer*
Senior U.S. District Judge

cc/ecf:       Carl Spindler, AUSA

              Samir Sarna, Esq.

              Probation Office

              U.S. Marshal