**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 25-190 |
| | ) | Judge Nora Barry Fischer |
| EDWARD ARTHUR OWENS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 8th day of May, 2026, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that the Government's Objection is sustained and the six-level enhancement under Sentencing Guideline § 2A6.1(b)(1) applies in this case;

IT IS FURTHER ORDERED that the Probation Office shall file a Supplemental Addendum by **May 15, 2026** making any necessary changes to the offense level computations (including grouping adjustments, if any) or other applicable penalties in this case;

IT IS FURTHER ORDERED that the parties shall file a position with respect to the Supplemental Addendum by **May 22, 2026**; and,

FINALLY IT IS ORDERED that the Court will issue its Tentative Findings and Rulings by **May 29, 2026** and will separately reschedule the sentencing hearing and telephone sentencing conference.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

U.S. Probation Office